ACCEPTED
01-15-00765-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 10:18:29 AM
CHRISTOPHER PRINE
CLERK

### IN THE FIRST DISTRICT COURT OF APPEALS
### NO. 01-15-00764-CR, 01-15-00765-CR, 01-15-00766-CR

**CORY NICKERSON**
**APPELLANT**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

**On Appeal from Nos. 1404004, 1416652, 1459622**
**From the 176th District Court**
**Harris County, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 10:18:29 AM
CHRISTOPHER A. PRINE
Clerk

---

### APPELLANT'S MOTION FOR EXTENSION

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Cory Nickerson, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

#### I.

Appellant's brief was due November 18, 2015. There have been no previous motions for extension of time to file Appellant's Brief.

#### II.

Counsel requests an extension due primarily to the fact that she has been engaged in work in the Harris County Public Defender's Office on many cases, include the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196

- *Ruben Totten,* PD-0483-15 (PDR granted)

- *Hugo Pachas-Lunas,* 01-14-00516-CR, etc.

- *Michael Davila,* 01-15-00560-CR

- *Stephen Hopper,* 14-15-00371-CR

- *Domingo Medina,* 01-15-00575-CR

- *Kori Henegar,* 14-15-00529-CR

- *Craig Beal,* 01-12-00896-CR

- *Joseph Smith,* 14-15-00625-CR

- *Emanuel Hayes,* 1408364

- Research and writing in preparation for several cases for the trial division of the Harris County Public Defender's Office.

III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension for an additional 30 days to January 2, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

Certificate of Service

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood